Bryan SCHWAB, Appellant, v. Edgar A. BO-
COCK, M. D., Superintendent of Gallinger
Municipal Hospital, Appellee.

No. 8660.

United States Court of Appeals
District of Columbia.

Argued March 9, 1944.

Decided March 31, 1944.

Mr. Bryan Schwab, pro se, for appel-
lant.

Mr. John P. Burke, Assistant United
States Attorney, of Washington, D. C.,
with whom Mr. Edward M. Curran, United
States Attorney, of Washington, D. C.,
was on the brief, for appellee. Mr.
Charles B. Murray, Assistant United
States Attorney, of Washington, D. C., also
entered an appearance for appellee.

Before GRONER, Chief Justice, and
EDGERTON and ARNOLD, Associate
Justices.

PER CURIAM.

A careful examination of the record dis-
closes no reversible error, and the order
of the court below dismissing the petition
and discharging the writ is, therefore,

Affirmed.